**gusto**

# Earnings Statement

| Company | Employee |
|---|---|
| **Company** | **Employee** |
| J&A Goods LLC | Kelly Claiborne |
| 239 Arden Rd | XXX-XX-5535 |
| Conshohocken, PA 19428 | 3551 New Queen St |
| 215-918-7470 | Philadelphia, PA 19129 |

Pay period: Mar 31, 2025 - Apr 13, 2025 Pay Day: Apr 18, 2025
Kelly Claiborne's bank account ( . . . 5501): $1,977.90

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $30.00 | 80.0 | $2,400.00 | $16,579.21 |
| **Totals** | | 80.0 | **$2,400.00** | **$16,579.21** |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $209.60 | $1,270.25 |
| Social Security | $148.80 | $1,027.91 |
| Medicare | $34.80 | $240.40 |
| PA Withholding Tax | $73.68 | $508.98 |
| PA UC Tax Employee Withholding | $1.68 | $11.61 |
| Philadelphia City Tax | $90.00 | $621.72 |
| Plymouth LST | $2.00 | $15.00 |

### Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $148.80 | $1,027.91 |
| Medicare | $34.80 | $240.40 |
| FUTA | $0.00 | $42.00 |
| PA UC Tax Employer Contribution | $0.00 | $382.20 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,400.00 | $16,579.21 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $560.56 | $3,695.87 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,839.44 | $12,883.34 |
| Total Reimbursements | $138.46 | $138.46 |
| Health reimbursement arrangement | $138.46 | $138.46 |
| Check Amount | $1,977.90 | $13,021.80 |
| Total Hours Worked | 80.0 | 559.0 |

### Paid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +3.08 |
| Remaining Paid Time Off Balance | 63.66 |

Plowman Kitchen and Bath
1050 Colwell Ln Ste 201
Conshohocken PA 19428-1187

Pay Stub Detail
PAY DATE: 04/04/2025
NET PAY: $2,202.96

Kelly L. Claiborne
3551 New Queen St
Philadelphia PA 19129-1634

**EMPLOYER**
Plowman Kitchen and Bath
1050 Colwell Ln Ste 201
Conshohocken PA 19428-1187

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 03/17/2025 |
| Period Ending: | 03/30/2025 |
| Pay Date: | 04/04/2025 |
| Total Hours: | 87.00 |

**EMPLOYEE**
Kelly L. Claiborne
3551 New Queen St
Philadelphia PA 19129-1634

| | |
|---|---|
| **NET PAY:** | **$2,202.96** |
| Acct#....5501: | $2,202.96 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 30.00 | 2,400.00 | 15,106.45 |
| Overtime Pay | 7.00 | 45.00 | 315.00 | 315.00 |
| Holiday Pay | - | 30.00 | 0.00 | 642.00 |
| Reimbursement for He: | - | - | 138.46 | 969.22 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 235.61 | 1,296.26 |
| Social Security | 176.92 | 1,056.03 |
| Medicare | 41.37 | 246.97 |
| PA Income Tax | 87.60 | 522.90 |
| PA SUI Employee | 2.00 | 11.92 |
| Philadelphia | 107.00 | 638.71 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,853.46 | $17,032.67 |
| Taxes | $650.50 | $3,772.79 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$2,202.96** | |

Plowman Kitchen and Bath
1050 Colwell Ln Ste 201
Conshohocken PA 19428-1187

Pay Stub Detail
PAY DATE: 03/21/2025
NET PAY: $1,971.56

Kelly L. Claiborne
3551 New Queen St
Philadelphia PA 19129-1634

**EMPLOYER**
Plowman Kitchen and Bath
1050 Colwell Ln Ste 201
Conshohocken PA 19428-1187

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 03/03/2025 |
| Period Ending: | 03/16/2025 |
| Pay Date: | 03/21/2025 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Kelly L. Claiborne
3551 New Queen St
Philadelphia PA 19129-1634

| | |
|---|---|
| **NET PAY:** | **$1,971.56** |
| Acct#....5501: | $1,971.56 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 30.00 | 2,400.00 | 12,706.45 |
| Holiday Pay | - | 30.00 | 0.00 | 642.00 |
| Reimbursement for He; | - | - | 138.46 | 830.76 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 197.81 | 1,060.65 |
| Social Security | 157.38 | 879.11 |
| Medicare | 36.81 | 205.60 |
| PA Income Tax | 77.93 | 435.30 |
| PA SUI Employee | 1.78 | 9.92 |
| Philadelphia | 95.19 | 531.71 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,538.46 | $14,179.21 |
| Taxes | $566.90 | $3,122.29 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,971.56** | |

Plowman Kitchen and Bath
1050 Colwell Ln Ste 201
Conshohocken PA 19428-1187

Pay Stub Detail
PAY DATE: 03/07/2025
NET PAY: $1,831.12

Kelly L. Claiborne
3551 New Queen St
Philadelphia PA 19129-1634

**EMPLOYER**
Plowman Kitchen and Bath
1050 Colwell Ln Ste 201
Conshohocken PA 19428-1187

**EMPLOYEE**
Kelly L. Claiborne
3551 New Queen St
Philadelphia PA 19129-1634

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 02/17/2025 |
| Period Ending: | 03/02/2025 |
| Pay Date: | 03/07/2025 |
| Total Hours: | 80.00 |

| | |
|---|---|
| **NET PAY:** | **$1,831.12** |
| Acct#....5501: | $1,831.12 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 27.61 | 2,208.80 | 10,306.45 |
| Holiday Pay | - | 27.61 | 0.00 | 642.00 |
| Reimbursement for He: | - | - | 138.46 | 692.30 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 174.86 | 862.84 |
| Social Security | 145.53 | 721.73 |
| Medicare | 34.03 | 168.79 |
| PA Income Tax | 72.06 | 357.37 |
| PA SUI Employee | 1.64 | 8.14 |
| Philadelphia | 88.02 | 436.52 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,347.26 | $11,640.75 |
| Taxes | $516.14 | $2,555.39 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,831.12** | |

Plowman Kitchen and Bath
1050 Colwell Ln Ste 201
Conshohocken PA 19428-1187

Pay Stub Detail
PAY DATE: 02/21/2025
NET PAY: $1,831.11

Kelly L. Claiborne
3551 New Queen St
Philadelphia PA 19129-1634

**EMPLOYER**
Plowman Kitchen and Bath
1050 Colwell Ln Ste 201
Conshohocken PA 19428-1187

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 02/03/2025 |
| Period Ending: | 02/16/2025 |
| Pay Date: | 02/21/2025 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Kelly L. Claiborne
3551 New Queen St
Philadelphia PA 19129-1634

| | |
|---|---|
| **NET PAY:** | **$1,831.11** |
| Acct#....5501: | $1,831.11 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 27.61 | 2,208.80 | 8,097.65 |
| Holiday Pay | - | 27.61 | 0.00 | 642.00 |
| Reimbursement for He: | - | - | 138.46 | 553.84 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 174.86 | 687.98 |
| Social Security | 145.53 | 576.20 |
| Medicare | 34.04 | 134.76 |
| PA Income Tax | 72.06 | 285.31 |
| PA SUI Employee | 1.64 | 6.50 |
| Philadelphia | 88.02 | 348.50 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,347.26 | $9,293.49 |
| Taxes | $516.15 | $2,039.25 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$1,831.11**

Plowman Kitchen and Bath
1050 Colwell Ln Ste 201
Conshohocken PA 19428-1187

Pay Stub Detail
PAY DATE: 02/07/2025
NET PAY: $1,831.12

Kelly L. Claiborne
3551 New Queen St
Philadelphia PA 19129-1634

**EMPLOYER**
Plowman Kitchen and Bath
1050 Colwell Ln Ste 201
Conshohocken PA 19428-1187

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 01/20/2025 |
| Period Ending: | 02/02/2025 |
| Pay Date: | 02/07/2025 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Kelly L. Claiborne
3551 New Queen St
Philadelphia PA 19129-1634

| | |
|---|---|
| **NET PAY:** | **$1,831.12** |
| Acct#....5501: | $1,831.12 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 27.61 | 2,208.80 | 5,888.85 |
| Holiday Pay | - | 27.61 | 0.00 | 642.00 |
| Reimbursement for He: | - | - | 138.46 | 415.38 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 174.86 | 513.12 |
| Social Security | 145.53 | 430.67 |
| Medicare | 34.03 | 100.72 |
| PA Income Tax | 72.06 | 213.25 |
| PA SUI Employee | 1.64 | 4.86 |
| Philadelphia | 88.02 | 260.48 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,347.26 | $6,946.23 |
| Taxes | $516.14 | $1,523.10 |
| Deductions | $0.00 | $0.00 |

| | |
|---|---|
| **Net Pay** | **$1,831.12** |