**NORTHERN CHILDREN**

Northern Children's Services
5301 Ridge Avenue
Philadelphia, PA 19128
215-482-1423  Ext 1242

| Pay Statement | |
|---|---|
| Period Start Date | 03/08/2025 |
| Period End Date | 03/21/2025 |
| Pay Date | 04/04/2025 |
| Document | 188975777 |
| **Net Pay** | **$971.83** |

## Pay Details

**Delesa Claiborne**
3551 New Queen St
Unit 2
Philadelphia, PA 19129
USA

| | | | |
|---|---|---|---|
| Employee Number | | Pay Group | BHT Payroll |
| SSN | XXX-XX-XXXX | Location | NCS Philadelphia |
| Job | Behavioral Health Tech | Department | 9100 - 9100 IBHS |
| Pay Rate | $18.4906 | | |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 61.500000 | $18.4905 | $1,137.17 | $4,049.41 |

**Total Hours Worked** 0.000000   **Total Hours** 61.500000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $16.49 | $58.72 |
| Social Security Employee Tax | $70.50 | $251.06 |
| PA State Income Tax | $34.91 | $124.31 |
| PHILA R | $42.64 | $151.85 |
| PA Unemployment Employee | $0.80 | $2.84 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 2.0000 | 16.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx5501 | Checking | $971.83 |
| Total | | $971.83 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,137.17 | $1,137.17 | $165.34 | $0.00 | **$971.83** |
| YTD | $4,049.41 | $4,049.41 | $588.78 | $0.00 | $3,460.63 |

**NORTHERN CHILDREN**

Northern Children's Services
5301 Ridge Avenue
Philadelphia, PA 19128
215-482-1423  Ext 1242

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/22/2025 |
| Period End Date | 04/04/2025 |
| Pay Date | 04/18/2025 |
| Document | 192498027 |
| **Net Pay** | **$932.32** |

## Pay Details

**Delesa Claiborne**
3551 New Queen St
Unit 2
Philadelphia, PA 19129
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-XXXX |
| Job | Behavioral Health Tech |
| Pay Rate | $18.4906 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | BHT Payroll |
| Location | NCS Philadelphia |
| Department | 9100 - 9100 IBHS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 3.250000 | $18.4905 | $60.09 | |
| Regular | 6.500000 | $18.4905 | $120.19 | |
| Regular | 4.000000 | $18.4905 | $73.96 | |
| Regular | 3.000000 | $18.4905 | $55.47 | |
| Regular | 6.750000 | $18.4905 | $124.81 | |
| Regular | 8.000000 | $18.4905 | $147.92 | |
| Regular | 6.500000 | $18.4905 | $120.19 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 6.500000 | $18.4905 | $120.19 | |
| Regular | 10.750000 | $18.4905 | $198.77 | $5,140.34 |

Total Hours Worked  0.000000     Total Hours  59.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $15.81 | $74.53 |
| Social Security Employee Tax | $67.64 | $318.70 |
| PA State Income Tax | $33.49 | $157.80 |
| PHILA R | $40.91 | $192.76 |
| PA Unemployment Employee | $0.76 | $3.60 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 2.0000 | 18.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx5501 | Checking | $932.32 |
| Total | | $932.32 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,090.93 | $1,090.93 | $158.61 | $0.00 | **$932.32** |
| YTD | $5,140.34 | $5,140.34 | $747.39 | $0.00 | $4,392.95 |

**Northern Children's Services**
5301 Ridge Avenue
Philadelphia, PA 19128
215-482-1423  Ext 1242

| Pay Statement | |
|---|---|
| Period Start Date | 02/22/2025 |
| Period End Date | 03/07/2025 |
| Pay Date | 03/21/2025 |
| Document | 187497371 |
| **Net Pay** | **$296.29** |

## Pay Details

**Delesa Claiborne**
3551 New Queen St
Unit 2
Philadelphia, PA 19129
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-XXXX |
| Job | Behavioral Health Tech |
| Pay Rate | $18.4906 |
| Pay Frequency | Biweekly |
| Pay Group | BHT Payroll |
| Location | NCS Philadelphia |
| Department | 9100 - 9100 IBHS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 18.750000 | $18.4906 | $346.70 | $2,912.24 |

| | | | |
|---|---|---|---|
| Total Hours Worked | 0.000000 | Total Hours | 18.750000 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $5.03 | $42.23 |
| Social Security Employee Tax | $21.50 | $180.56 |
| PA State Income Tax | $10.64 | $89.40 |
| PHILA R | $13.00 | $109.21 |
| PA Unemployment Employee | $0.24 | $2.04 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 1.0000 | 15.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx5501 | Checking | $296.29 |
| Total | | $296.29 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $346.70 | $346.70 | $50.41 | $0.00 | **$296.29** |
| YTD | $2,912.24 | $2,912.24 | $423.44 | $0.00 | $2,488.80 |

**NORTHERN CHILDREN**

Northern Children's Services
5301 Ridge Avenue
Philadelphia, PA 19128
215-482-1423 Ext 1242

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/15/2025 |
| Period End Date | 02/28/2025 |
| Pay Date | 03/07/2025 |
| Document | 183993792 |
| **Net Pay** | **$505.68** |

## Pay Details

Delesa Claiborne
3551 New Queen St
Unit 2
Philadelphia, PA 19129
USA

| | |
|---|---|
| Employee Number | ▉ |
| SSN | XXX-XX-XXXX |
| Job | Behavioral Health Tech |
| Pay Rate | $18.4906 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Hourly and Salary Payroll |
| Location | NCS Philadelphia |
| Department | 9100 - 9100 IBHS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 3.250000 | $18.4905 | $60.09 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 3.250000 | $18.4905 | $60.09 | |
| Regular | 3.500000 | $18.4905 | $64.72 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 3.500000 | $18.4905 | $64.72 | |
| Regular | 3.500000 | $18.4905 | $64.72 | $2,565.54 |

Total Hours Worked  0.000000     Total Hours  32.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $8.58 | $37.20 |
| Social Security Employee Tax | $36.68 | $159.06 |
| PA State Income Tax | $18.16 | $78.76 |
| PHILA R | $22.19 | $96.21 |
| PA Unemployment Employee | $0.41 | $1.80 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 1.0000 | 14.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx5501 | Checking | $505.68 |
| Total | | $505.68 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $591.70 | $591.70 | $86.02 | $0.00 | **$505.68** |
| YTD | $2,565.54 | $2,565.54 | $373.03 | $0.00 | $2,192.51 |

**NORTHERN CHILDREN**

Northern Children's Services
5301 Ridge Avenue
Philadelphia, PA 19128
215-482-1423  Ext 1242

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/01/2025 |
| Period End Date | 02/14/2025 |
| Pay Date | 02/21/2025 |
| Document | 181316675 |
| **Net Pay** | **$458.24** |

## Pay Details

**Delesa Claiborne**
3551 New Queen St
Unit 2
Philadelphia, PA 19129
USA

| | |
|---|---|
| Employee Number | ▬ |
| SSN | XXX-XX-XXXX |
| Job | Behav Health Tech-Well |
| Pay Rate | $18.4906 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Hourly and Salary Payroll |
| Location | NCS Philadelphia |
| Department | 9200 - 9200 IBHS Wellness |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 10.000000 | $18.4905 | $184.90 | |
| Regular | 5.750000 | $18.4905 | $106.32 | |
| Regular | 3.250000 | $18.4905 | $60.09 | |
| Regular | 3.000000 | $18.4905 | $55.47 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 3.250000 | $18.4905 | $60.09 | $1,973.84 |

Total Hours Worked  0.000000     Total Hours  29.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $7.77 | $28.62 |
| Social Security Employee Tax | $33.25 | $122.38 |
| PA State Income Tax | $16.46 | $60.60 |
| PHILA R | $20.11 | $74.02 |
| PA Unemployment Employee | $0.38 | $1.39 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 1.0000 | 13.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx5501 | Checking | $458.24 |
| Total | | $458.24 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $536.21 | $536.21 | $77.97 | $0.00 | **$458.24** |
| YTD | $1,973.84 | $1,973.84 | $287.01 | $0.00 | $1,686.83 |



**Northern Children's Services**
5301 Ridge Avenue
Philadelphia, PA 19128
215-482-1423 Ext 1342

| Pay Statement | |
|---|---|
| Period Start Date | 01/18/2025 |
| Period End Date | 01/31/2025 |
| Pay Date | 02/07/2025 |
| Document | 95810433 |
| Net Pay | $632.07 |

## Pay Details

Delesa Claiborne
3551 New Queen St
Unit 2
Philadelphia, PA 19129
USA

Employee Number: [redacted]
SSN: XXX-XX-XXXX
Job: Behav Health Tech-Well
Pay Rate: $18.4906
Pay Frequency: Biweekly

Pay Group: Hourly and Salary Payroll
Location: NCS Philadelphia
Department: 9200 - 9200 IBHS Wellness

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 4.000000 | $18.4905 | $73.96 | |
| Regular | 4.000000 | $18.4905 | $73.96 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 3.500000 | $18.4905 | $64.72 | |
| Regular | 4.250000 | $18.4905 | $78.58 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 6.500000 | $18.4905 | $120.19 | |
| Regular | 4.000000 | $18.4905 | $73.96 | |
| Regular | 6.250000 | $18.4905 | $115.57 | $1,437.63 |

Total Hours Worked 0.000000    Total Hours 40.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $10.73 | $20.85 |
| Social Security Employee Tax | $45.85 | $89.13 |
| PA State Income Tax | $22.71 | $44.14 |
| PHILA R | $27.74 | $53.91 |
| PA Unemployment Employee | $0.52 | $1.01 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 1.0000 | 12.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $632.07 |
| Total | | $632.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $739.62 | $739.62 | $107.55 | $0.00 | $632.07 |
| YTD | $1,437.63 | $1,437.63 | $209.04 | $0.00 | $1,228.59 |

**NORTHERN CHILDREN**

Northern Children's Services
5301 Ridge Avenue
Philadelphia, PA 19128
215-482-1423 Ext 1242

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/04/2025 |
| Period End Date | 01/17/2025 |
| Pay Date | 01/24/2025 |
| Document | 175365616 |
| Net Pay | $497.76 |

## Pay Details

Delesa Claiborne
3551 New Queen St
Unit 2
Philadelphia, PA 19129
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-XXXX |
| Job | Behav Health Tech-Well |
| Pay Rate | $18.4906 |
| Pay Frequency | Biweekly |
| Pay Group | Hourly and Salary Payroll |
| Location | NCS Philadelphia |
| Department | 9200 - 9200 IBHS Wellness |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 3.500000 | $18.4905 | $64.72 | |
| Regular | 3.250000 | $18.4905 | $60.09 | |
| Regular | 3.000000 | $18.4905 | $55.47 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 3.250000 | $18.4905 | $60.09 | |
| Regular | 4.000000 | $18.4905 | $73.96 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 3.750000 | $18.4905 | $69.34 | |
| Regular | 3.250000 | $18.4905 | $60.09 | $698.01 |

Total Hours Worked  0.000000    Total Hours  31.500000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $8.44 | $10.12 |
| Social Security Employee Tax | $36.11 | $43.28 |
| PA State Income Tax | $17.88 | $21.43 |
| PHILA R | $21.84 | $26.17 |
| PA Unemployment Employee | $0.41 | $0.49 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 11.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx7267 | Checking | $497.76 |
| Total | | $497.76 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $582.44 | $582.44 | $84.68 | $0.00 | **$497.76** |
| YTD | $698.01 | $698.01 | $101.49 | $0.00 | $596.52 |