Abington Pediatrics
360 Brockton Avenue Suite 102
Abington, MA 02351


Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540


AMS Cardiology
118 Welsh Rd B
Horsham, PA 19044


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634


Bank of America
P.O. Box 982238
El Paso, TX 79998-2238


Barclays Bank DE
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801


Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
c/o Ais Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Citibank, N.A.
PO Box 9001037
Louisville, KY 40290-1037

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comcast Corporation
Attn: Bankruptcy
1701 John F Kennedy Blvd
Philadelphia, PA 19103-2838

Cornerstone
PO Box 82561
Lincoln, NE 68501

Credit Key
145 S Fairfax Ave Ste 200
Los Angeles, CA 90036-2186

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Discover Personal Loans
Attn: Bankruptcy
PO Box 30954
Salt Lake City, UT 30954

First National Bank of Omaha
Po Box 2557
Omaha, NE 68103-2557

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Health
Attn: Bankruptcy
PO Box 1123
Minneapolis, MN 55440

Jpmcb
MailCode LA4-7100 700 Kansas Lane
Monroe, LA 71203

KeyBank
Attn: Bankruptcy
4910 Tiedeman Rd
Cleveland, OH 44144

Klarna
800 N High Street Suite 400
Columbus, OH 43215

Lending Club
Attn: Bankruptcy
595 Market st
San Francisco, CA 94105

Liberty Mutual Insurance
175 Berkeley St
Boston, MA 02116-5066

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

Northwest Federal Credit
Union
Attn: Bankruptcy
PO Box 1229
Herndon, VA 20172-1229

Pennsylvania Attorney
General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Housing Finance
Agency
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

PNC Bank
Recovery Department
PO Box 5570
Cleveland, OH 44101

Police & Fire FCU
901 Arch Street
Philadelphia, PA 19107

Square Capital Program
1455 Market St Ste 600
San Francisco, CA 94103-1332

Sst/tally
4315 Pickett Rd
Saint Joseph, MO 64503

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

Tally Technologies, Inc
Attn: Bankruptcy
375 Alabama St #325
San Francisco, CA 94110

Trumark Financial Credit
Union
Attn: Bankruptcy
335 Commerce Dr
Ft Washington, PA 19034-2701

U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd
Floor
Des Moines, IA 50328