# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

Kelly Claiborne and Delesa Claiborne,

Debtors.

Case No. 25-11700-AMC

Chapter 13

## Certificate of Service

I certify that on this date, I did cause a copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Robert W. Seitzer to served on the newly added creditors listed below by first class mail.

**Bank of America**
P.O. Box 982238
El Paso, TX 79998-2238

**Credit Key**
145 S Fairfax Ave Ste 200
Los Angeles, CA 90036-2186

**Square Capital Program**
1455 Market St Ste 600
San Francisco, CA 94103-1332

**Citibank, N.A.**
PO Box 9001037
Louisville, KY 40290-1037

**First National Bank of Omaha**
Po Box 2557
Omaha, NE 68103-2557

**Comcast Corporation**
Attn: Bankruptcy
1701 John F Kennedy Blvd
Philadelphia, PA 19103-2838

**Klarna**
800 N High Street Suite 400
Columbus, OH 43215

Dated: May 20, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com