Certificate Number: 06761-PAE-DE-039635212

Bankruptcy Case Number: 25-11700



06761-PAE-DE-039635212

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2025, at 11:46 o'clock PM EDT, Kelly Claiborne completed a course on personal financial management given by internet by $$ Bankruptcy Debtor Education, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 6, 2025

By: /s/Helen L. Cagle

Name: Helen L. Cagle

Title: Manager