United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Kelly Lauren Claiborne
Delesa Claiborne
Debtors

Case No. 25-11700-pmm
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 13, 2025 Form ID: 318 Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kelly Lauren Claiborne, Delesa Claiborne, 3551 New Queen St Unit 2, Philadelphia, PA 19129-1634 |
| 15003756 | + | AMS Cardiology, 118 Welsh Rd B, Horsham, PA 19044-2242 |
| 15003753 | + | Abington Pediatrics, 360 Brockton Avenue Suite 102, Abington, MA 02351-2186 |
| 15003764 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15003783 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15003789 | + | Tally Technologies, Inc, Attn: Bankruptcy, 375 Alabama St #325, San Francisco, CA 94110-7334 |
| 15003792 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 14 2025 00:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 15003754 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 14 2025 00:53:10 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15003755 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 00:42:27 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15010192 | | EDI: BANKAMER | Aug 14 2025 04:35:00 | Bank of America, P.O. Box 982238, El Paso, Tx 79998-2238 |
| 15003757 | + | EDI: BANKAMER | Aug 14 2025 04:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15003758 | | EDI: TSYS2 | Aug 14 2025 04:35:00 | Barclays Bank DE, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15003759 | | EDI: TSYS2 | Aug 14 2025 04:35:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15003765 | | Email/Text: megan.harper@phila.gov | Aug 14 2025 00:43:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15003760 | | EDI: CAPITALONE.COM | Aug 14 2025 04:35:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15003761 | + | EDI: AISACG.COM | Aug 14 2025 04:35:00 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15003762 | | EDI: JPMORGANCHASE | Aug 14 2025 04:35:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15003763 | + | EDI: CITICORP | Aug 14 2025 04:35:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO |

| | | | | |
|---|---|---|---|---|
| | | | | 63179-0040 |
| 15003766 | | Email/Text: bankruptcy@philapark.org | Aug 14 2025 00:44:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15003767 | ^ | MEBN | Aug 14 2025 00:36:45 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15003768 | | EDI: DISCOVER | Aug 14 2025 04:35:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15003769 | + | EDI: DISCOVERPL | Aug 14 2025 04:35:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15003770 | | EDI: IRS.COM | Aug 14 2025 04:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15003771 | + | Email/Text: BNCnotices@dcmservices.com | Aug 14 2025 00:43:00 | Jefferson Health, Attn: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15003772 | | EDI: JPMORGANCHASE | Aug 14 2025 04:35:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15003773 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 14 2025 00:43:00 | KeyBank, Attn: Bankruptcy, 4910 Tiedeman Rd, Cleveland, OH 44144-2338 |
| 15003775 | | Email/Text: LibertySOP@cscglobal.com | Aug 14 2025 00:43:00 | Liberty Mutual Insurance, 175 Berkeley St, Boston, MA 02116-5066 |
| 15003774 | + | EDI: LENDNGCLUB | Aug 14 2025 04:35:00 | Lending Club, Attn: Bankruptcy, 595 Market st, San Francisco, CA 94105-5839 |
| 15003776 | + | EDI: NFCU.COM | Aug 14 2025 04:35:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15003777 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 14 2025 00:43:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15003778 | | Email/PDF: lossmitigation@nwfcu.org | Aug 14 2025 00:53:03 | Northwest Federal Credit Union, Attn: Bankruptcy, PO Box 1229, Herndon, VA 20172-1229 |
| 15003779 | | Email/Text: fesbank@attorneygeneral.gov | Aug 14 2025 11:23:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15003785 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 00:43:00 | PNC Bank, Recovery Department, PO Box 5570, Cleveland, OH 44101 |
| 15003780 | | EDI: PENNDEPTREV | Aug 14 2025 04:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15007344 | | EDI: PENNDEPTREV | Aug 14 2025 04:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15003781 | | Email/Text: blegal@phfa.org | Aug 14 2025 00:43:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 15003782 | ^ | MEBN | Aug 14 2025 00:36:51 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15003784 | | Email/Text: bankruptcy@philapark.org | Aug 14 2025 00:44:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15003786 | + | Email/Text: bankruptcy1@pffcu.org | Aug 14 2025 00:43:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15003787 | ^ | MEBN | Aug 14 2025 00:37:18 | Sst/tally, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 15003788 | | EDI: SYNC | Aug 14 2025 04:35:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |

| | | | |
|---|---|---|---|
| 15003790 | Email/Text: dbogucki@trumark.org | Aug 14 2025 00:44:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 15003791 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 14 2025 00:43:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15003793 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 14 2025 00:53:12 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15010180 | *+ | Bank of America, Attn Bankruptcy, 4909 Savarese Circle, Tampa, Fl 33634-2413 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Delesa Claiborne help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kelly Lauren Claiborne help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Kelly Lauren Claiborne<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5535 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Delesa Claiborne<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9458 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 25–11700–pmm | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kelly Lauren Claiborne

Delesa Claiborne

8/12/25

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**